UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ELLIOTT EMERY GARZA,

    Plaintiff,

Case No. 1:17-cv-1119

v.

Honorable Phillip J. Green

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**JUDGMENT AWARDING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $3,907.50 (Three Thousand, Nine Hundred, Seven Dollars and Fifty Cents), as full and final adjudication of EAJA fees and expenses in this action.

Dated:   October 2, 2018          /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge